**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1589**

_____

AUDREY CLEMENT,

        Plaintiff - Appellant,

   v.

KYM HALL, National Capital Area Director, National Park Service,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:22-cv-00867-MSN-WEF)

_____

Submitted:  September 28, 2023                Decided:  October 2, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Audrey Clement, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Audrey Clement appeals the district court's order dismissing for lack of subject matter jurisdiction her civil action seeking relief under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Clement v. Hall*, No. 1:22-cv-00867-MSN-WEF (E.D. Va. filed May 24, 2023 & entered May 25, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
